Case 3:09-cv-10334-MAP   Document 60-2   Filed 11/08/10   Page 1 of 2

# EXHIBIT "B"

Case 3:09-cv-10334-MAP   Document 60-2   Filed 11/08/10   Page 2 of 2

GEOFFREY CROWTHER                                  05/07/1951

                                              199336.0

November 30, 2008 WENNER/mmc:

**ADDENDUM TO REPORT IN THE CARE OF:**

Geoffrey Crowther
Account #: 199336
    DOB : ▇/1951

On his job Mr. Crowther performs heavy use of his hands as a railroad worker. He aggravated the arthritis of the metacarpophalangeal joint of his left thumb in using it for his work related duties.

NEW ENGLAND ORTHOPEDIC SURGEONS, INC.
300 Birnie Avenue – Suite 201-Springfield, MA  01107