# EXHIBIT "D"

Curriculum Vitae

## Martin J. Luber, M.D.



E-mail: ▮▮▮▮▮▮▮▮▮
Cell phone: 4▮▮▮▮▮

New England Orthopedic Surgeons
300 Birnie Ave.
Springfield, Ma 01107
(413) 785-4666

### Personal
Date of Birth:       ▮▮▮▮▮▮
Place:                Angola, NY
Marital Status: Married-Alicia Merritt Johnston, M.D.
                     Pediatric Infectious Disease
Children:      Hunter McLain Luber
               Parker Johnston Luber ▮▮▮▮▮
               Emily Merritt Luber ▮▮▮▮▮

### Employment
8/13/01-present     *New England Orthopedic Surgeons,* Springfield, MA
                   Specializing in Sports Medicine, Arthroscopy, and Surgery of the
                   Knee, Shoulder, and Elbow

### Education
1982-1986     *High School,* Lake Shore High School, Angola, NY
1986-1990     *College,* Loyola University of Chicago, Chicago, IL
1990-1994     *Medical School,* Upstate Medical University, Syracuse, NY
1994-1995     *Internship,* Duke University Medical Center, Durham, NC
1995-1996     *Junior Resident,* Duke University Medical Center, Durham, NC
1996-2000     *Residency,* Duke University Medical Center, Durham, NC
2000-2001     *Fellowship,* Duke University Medical Center (Sports Medicine and
              Shoulder), Durham, NC

### Additional Experience
Attending Surgeon:   Duke University Medical Center      Aug. 2000-Aug. 2001
Trauma Call:         Durham, North Carolina

### Board Certification
Board Certified, American Board of Orthopedic Surgery, July 2003

### Licensure
Massachusetts      209978 (7/01-active)
North Carolina     98-00617 (5/15/98)

## Hospital Affiliations
Baystate Medical Center, Springfield, MA
Shriners Hospital, Springfield, MA

## Academic Appointments
Clinical Professor Tufts University Medical Center

## Extracurricular Activities and Honors
| | |
|---|---|
| June 1990 | Magna Cum Laude, Loyola University |
| 1986-1990 | Full Athletic Scholarship, Swimming Water Polo |
| 1987-1990 | Academic All Conference Swimming |
| 1989-1990 | Academic All American Water Polo |
| 1989-1990 | Captain Swimming and Water Polo |

## National Presentations
1997 North Carolina Orthopedic Society
"Efficacy of Lumbar Plexus Block for TKA"
Martin J. Luber, M.D. and James A. Nunley, M.D.

1997 Foot and Ankle
"How to Reduce the Cost of Hind Foot Fusions"
Martin J. Luber M.D. and James A. Nunley, M.D.

## Publications
11/1998     Foot and Ankle International
"How to Reduce the Cost of Hind Foot Fusions"
Martin J. Luber, M.D. and James A. Nunley, M.D.

01/2001     Journal Of Arthroplasty
"Efficacy of Lumbar Plexus Block for TKA"
Martin J. Luber, M.D. and Thomas P. Vail, M.D.

## Book Chapters
"Arthoroscopic Environment for Knee Surgery"
The Adult Knee- Lippincott William and Wilkins
Editors-Callaghan ET. All Copyright 2003
Martin Luber MD and Laurence Higgins MD