# EXHIBIT "B"

**Michael D. Shinnick, Ed.D.**

Director, Dynamics Research Group, Inc.
Research Park, Suites 201-203
670 Sunshine Farm Lane
Blacksburg, Virginia 24060
Tel. (540) 951-1950
Fax (540) 951-0519
E-mail: DRG@drshinnick.com
Web: www.Drshinnick.com

**Curriculum Vitae, current to March 2008**

## EDUCATION

- Post Doctoral, Auburn University, 1979-1981. College of Engineering, Department of Industrial Engineering, Human Factors, Work Measurement and Ergonomics.
- Ed.D., Auburn University, 1977. College of Education, Department of Rehabilitation and Special Education Service Systems for Individuals with Severe Handicapping Conditions.
- M.Ed., Auburn University, 1971. Rehabilitation Counseling and Psychology.
- B.S., Florida State University, 1968. College of Business.

## PROFESSIONAL CERTIFICATIONS AND AFFLIATIONS

- Human Factors and Ergonomics Society, Member 2002 to 2008.
- Board Certified Industrial Ergonomist, Designated Ergonomic Risk Assessment Specialist, Oxford Research Institute, 2008.
- Certified Vocational Evaluator, Commission on Certification of Work Adjustment and Vocational Evaluation, 1984 to 2004, Certificate No. 00844.
- Certified Work Adjustment Specialist, Commission Certification of Work Adjustment and Vocational Evaluation, 1984 to 2004, Certificate No. 00324.
- Certified Rehabilitation Provider, Board of Professional Counselors, Department of Health Professionals, Commonwealth of Virginia, 1995-2008, License No. 0715002936.
- Board-Certified Work Measurement and Ergonomics Trainer, International MODAPTS Association, 1990 to 2010, awarded for five-year periods.
- The American College of Forensic Examiners, Board Certified Forensic Examiner, Specialty: Ergonomics and Work Injury Management, Diplomat: 1994-2006, Fellow: 2007-2008, I.D. No:00567.
- Senior Disability Analyst and Diplomat, American Board of Disability Analysis, 1999-2008, Diploma Certificate No: 6319-99.
- The American Railway Engineering and Maintenance-of-Way Association, 2000 to 2008.
- Member, , Vocational Evaluation and Career Assessment Professionals Organization, through August, 2008.
- Certified Career Assessment Professional, 2005 to present.

## PROFESSIONAL ENDORSEMENTS

- Registered Vocational Expert, Social Security Administration, Bureau of Hearings and Appeals, 1980 to present.
- Registered Central Contractor Registry, Defense Logistics Agency, 2003 to present.
- Director Emeritus, International MODAPTS Association, Washington, D.C., 2000 to present.
- Registered Vocational Expert, Railroad Retirement Board, 2004 to present.

## PROFESSIONAL WORK EXPERIENCE

- Director, Dynamics Research Group, 1981 to present.

  Expert services in applied ergonomics and work injury management through work injury and disability management; ergonomics, both office and production environments; gain sharing; work measurement consultation with business, industry, financial institutions and service agencies; ergotecture/ergonomics software systems development, training and installation; federal contracting; staff development training; employee assistance programming; assessment of residual employability; transferability of skills analysis; employability access; life care planning; vocational functional capacity evaluations; and maritime services.

- Associate Professor of Rehabilitation and Director of the Rehabilitation Continuing Education Program, Dept. of Rehabilitation and Special Education, Auburn University, 1983-1986.

  Director of the Rehabilitation Facility Administration Project, the Vocational Evaluation and Work Adjustment Project, and the State Department of Education Special Needs Assessment Project. Graduate faculty member and coordinator of Rehabilitation Extension and Continuing Education activities. Graduate instruction in rehabilitation engineering, and procurement of extramural funds. Manager of budgets (averaging $500,000 annually), direct staff, administration of grants and contracts, and coordinator of services to vocational rehabilitation agencies in eight southeastern states.

- Assistant Professor and Director of the Rehabilitation Administration Program, Dept. of Rehabilitation, College of Education, Auburn University, 1978-1983.

  Directed staff in the teaching, development of, and research in the area of rehabilitation facility administration and rehabilitation engineering. Directed masters and doctoral committees, conducted research, develop course manuals, teach graduate and undergraduate courses and continuing education certificate classes. Example of topics include rehabilitation training, work injury assessment, life care planning, and assessing work related risk factors for cumulative and/or acute injury.

- Director of Independent Living Project, Auburn University, 1979-1981.

  Direct staff in the development of an Independent Living Resource Manual for the severely handicapped. Coordinated development of independent living in-service training and a national materials distribution network for the development of programs for the severely handicapped.

- Assistant Professor and Associate Project Director of the Region IV Rehabilitation Facility Training Program, Dept. of Rehabilitation, College of Education, Auburn University, 1977-1978.

  Coordinator of Rehabilitation Management Training Programs; training representative for Vocational Rehabilitation Agencies in Georgia, Florida and Mississippi; assisted in the administrative and funding activities of the training programs for facility personnel, i.e., vocational instructors, production supervisors, vocational adjustment specialists, vocational evaluators, administrators; instructor of graduate and undergraduate students in vocational rehabilitation.

- Extension Associate, Rehabilitation and Special Education Department, Auburn University, 1973-1977.

  Instructed professional rehabilitation facility personnel in techniques of vocational evaluation, work adjustment, and management. Coordinated administration workshops. Assistant project director of the Region IV Rehabilitation Facility Training Program.

- Graduate Research Assistant, Rehabilitation and Special Education Dept., Auburn University, 1973-1975.

  Instructor in vocational evaluation, work adjustment, work injury management, and vocational placement techniques.

- Vocational Evaluator and Work Adjustment Services Coordinator, State of Alabama Dept. of Education, Division of Vocational Rehabilitation at the Achievement Center, Opelika, Alabama, 1971-1973.

  Responsible for providing individual and group counseling to rehabilitation clients and developing, organizing, and directing the program and staff of the Vocational Rehabilitation Center. The program consisted of vocational evaluation, work adjustment services, work measurement, vocational training and placement.

## PROFESSIONAL SERVICES

- Research and Demonstration Site Coordinator for Ergonomics Systems, Bissell Health Care Systems, Lafayette Instruments, 1993-1997.
- Montgomery Regional Hospital and Pulaski Community Hospital Advisory Counsel for Occupational Health and Safety, 1994.
- National Association of Forensic Economics, research contributor and member 1993-1996.
- Pain Management Consortium of Southwest Virginia, Council Member, 1992-2004.
- IMA Chairman of the Board of Directors and President; IMA holds the English speaking copyrights for the MODAPTS system; Western Michigan University, 1989-1992.
- International MODAPTS Board - Function as one of the twelve international members of the governing body, Sydney, Australia, 1986-2007.
- Editorial Advisory Board - Vocational Evaluation and Work Adjustment Bulletin, 1977-1984.
- The President's Committee on Employment of People with Disabilities, Washington, D.C., 1981-1985.
- Governor's Advisory Council on Facilities and Information Network Development, 1979-1982.
- State Department of Education Committee on Handicapped Children Early Childhood Education Program, 1980.
- Chairman of the Peer Review Panel for Rehabilitation Facility Administration Grants, R.S.A., H.E.W., Washington, D.C., 1979-1983.
- Research Editor of the National Association of Rehabilitation Instructors Bulletin, 1979.
- National Rehabilitation Administration Association Accreditation Standards Committee, 1979-1982.
- Peer Review Panel for Independent Living Part B Projects, Dept. of Education, Washington, D.C., 1979.

## CONSULTING AND TRAINING

- Ken Knowledge International, PTE, Ltd., Singapore, Lead trainer for 2 day seminars, "MODAPTS: An Effective Work Measurement, Method Analysis, Ergonomic & Quality Improvement Tool," Held in Bangkok, Thailand, November 9th and 10th, 2006; Kuala Lumpur, Malaysia, November 6th and 7th, 2006.

  Worked with over 500 community, state, and federal agencies as a systems expert for ergonomics expert and work injury management. Services have been provided to business, industry, governmental, and financial institutions. Internationally, projects have been conducted in New Zealand, Australia, Central America, and the Caribbean Basin. In legal services, over 500 cases have been developed and data presented.

- Management, Productivity, and Ergonomics Consultant to over 300 industries, businesses, financial institutions, labor unions and service agencies including Ford Motor Company (subcontract work through Industrial Engineering Services), General Motors, Abbott Labs, Brunswick Defense, U.S. Department of Justice, Southeast Bank, Internal Revenue Service, Boeing Aircraft, Vecta Industries, Johnson Controls, and Caterpillar, 1985-2006.
- Goodwill Industries of the Roanoke Valley - Ergonomics/Work Analysis Consultation, 2003.
- Virginia Department of Rehabilitative Services - Rehabilitation Engineer Consultant, provided assessment, implementation and follow-up for over 200 DRS clients. Services provided included work site accommodation, assistive device needs, and independent function facilitation, 1995-1999.
- Conducted over 150 training programs on work measurement and ergonomics. Participants represented financial, manufacturing, federal agencies, human services, and educational institutions.
- Florida Association of Rehabilitation Facilities, Work Injury Management and Rehabilitation Engineering Consultant, 1984-1985.
- Australian Department of Rehabilitation, conducted seminars in Vocational Assessment, 1984.
- Massey University, Massey, New Zealand, visiting lecturer, 1984.
- Alabama State Department of Mental Health. Provided a series of Staff Development Programs for State Institution Staff, 1982.
- Georgia Department of Human Resources. Conducted a Series of Methods Analysis and Time Study Workshops, 1981-1983.
- Kentucky Bureau for Blind Services, Work Program Training Consultant, 1980-1982.
- State Department of Education - Handicapped Children Work Activities Training, 1980.
- Conducted over 35 workshops on Interpersonal Skills and Communications Training as a consultant to various agencies and organizations, 1977-1990.
- Program Development Consultant to Tennessee Blind Services Agency, 1977-1983.
- Federal Technical Assistance Consultant to Rehabilitation Services Administration, 1976-2004.
- Consultant to Cornell University in developing rehabilitation adjustment services programs and in conducting management training, 1973-1986.
- Consultant to South Carolina University Rehabilitation and Counseling Department's Seminar on Innovations in Work Adjustment, Orangeburg, South Carolina, 1976.
- Special Education Consultant to Macon, Russell, and Perry County Boards of Education, 1975-1986.
- North Carolina Blind Services Agency, Staff Development, 1975, 1979.
- Cornell University's Labor Relations Think Tank on Work Adjustment and Rehabilitation Services, 1975.
- Adjunct Instructor to Tuskegee Institute's Drug Abuse Human Services Program, 1975.
- Special Education and Gifted Diagnosis Consultant for the Alabama State Department of Education, 1973-1986.

## PUBLICATIONS

- Shinnick, Michael, "MODAPTS Travels to Kuala Lumpur, Malaysia and Bangkok, Thailand", MODAPTS News, International MODAPTS Association, Volume 24, Issue No. 2, July 2007
- Shinnick, Michael D., TaskMaster 2000 Plus, MODAPTS Based Work Study Software, copyright, Dynamics Research Group, Inc., 2007.
- Shinnick, Michael D., Bennett, Caroline R., TaskMaster 2000 Plus, MODAPTS Based Work Study Software USER'S MANUAL, copyright, Dynamics Research Group, Inc., 2007.
- Charles Garratt, Steven Garratt, & Michael Shinnick, TaskMaster 2000, Gray Owl Software, Dynamics Research Group (January 2000), TaskMaster Version 3 (2002).
- Michael D. Shinnick & Martha J. Lanphear, An Expert Examines Daubert in the Context of Cumulative Trauma Disorders, http://www.drshinnick.com/publications.htm (current through June 21, 2006).
- Richard L. ickstrom & Michael D. Shinnick, Industrial Standards for the Jamar Physical Agility Test Battery, Lafayette Instruments and Ergonomics Systems, Bissell HealthCare (1995).
- Charles Garratt & Michael Shinnick, TaskMaster for Windows, Gray Owl Software (1995).
- Michael D. Shinnick & Victoria Jordan Stone, Vocational Aspects of Personal Injury Litigation, On Science and Technology, International MODAPTS Association (June 1993).
- Michael D. Shinnick, Disability Management: Background, Process, and Aims, International MODAPTS Association (1992).
- Michael D. Shinnick & Victoria J. Stone, Empirical Data Helps to Prove Vocational Loss in Personal Injury Cases, December 1992 Lawyers Weekly.
- Charles Garratt & Michael Shinnick, TaskMaster - Advanced Software for MODAPTS-based Work Standards, Gray Owl Software (1991).
- Michael D. Shinnick & Walter E. Erwin, Work Measurement System Creates Shared Responsibility Among Workers at Ford, 21(8) Industrial Engineering (August 1989).
- Michael D. Shinnick, Vocational and Rehabilitation Expert Testimony Objectified Through the Application of Ergotecture, III(4) Lawyers Weekly (June 1988).
- Michael D. Shinnick & Donald L. Gerber, A Common Language for Analyzing Work, 36(4) Journal of Systems Management 8-13 (1986).
- J. Black, M.D. Shinnick, & J. Welsh, A Work Measurement Approach to Functional Assessment, Issues Papers: National Forum on Issues in Vocational Assessment, Materials Development Center, University of Wisconsin-Stout, Menomonie, Wisconsin (1985).
- Michael D. Shinnick, Improving the Effectiveness of Rehabilitation Services Through a Common Language for Practitioners, August-September 1985 Journal of Rehabilitation 33-38.
- M.D. Shinnick, J.B. Black, & Roger S. Decker, A Partnership: Vocational Evaluation and Industrial Engineering, 16(1) Vocational Evaluation and Work Adjustment Bulletin (1983).
- M.D. Shinnick & J.B. Black, "The Application of Industrial Engineering," Vocational Evaluation, Work Adjustment and Independent Living Services for the Severely Disabled, Robert Lassiter, Ed. (Charles Thomas, Springfield, IL 1983).
- Michael D. Shinnick, Sabra H. Sallenger, & Nancy B. Burdg, "Guidelines for the Development of Independent Living Services in Rehabilitation Facilities," Vocational Evaluation, Work Adjustment and Independent Living for Severely Disabled, Robert Lassiter, Ed. (Charles Thomas, Springfield, IL 1983).
- M.D. Shinnick & S. Sallenger-Hoffman, Innovations in Vocational Evaluation and Work Adjustment - Independent Living: A Resource Manual, 14(1) Vocational Evaluation and Work Adjustment Bulletin (Spring 1981).
- J. Carter, M.D. Shinnick, & R.S. McDaniel, The Impact of In-Service Training in Rehabilitation Facility Administration, 5(4) Journal of Rehabilitation Administration (1981).
- R.S. McDaniel, N.B. Burdg, & M.D. Shinnick, The Relationship Between Vocational Evaluator Initial Perceptions and Their Recommendation for Adjudicated Youths, 14(4) Vocational Evaluation and Work Adjustment Bulletin (1981).

- M.D. Shinnick & M.R. Floyd, A Reliability Study Using Semantic Differential for Short-Term Workshop Evaluation, 3(5) National Association of Rehabilitation Instructors (June 1980).
- M. Shinnick, J. Carter, & J. Anderson, Directory of Region IV Vocational Rehabilitation Facilities - A Descriptive Analysis, Auburn University, (1979).
- Michael D. Shinnick, A System for the Evaluation for Short-Term Training for Rehabilitation Facility Personnel, 10(1) AURORA (January 1978).
- Michael D. Shinnick, The Follow-up Evaluation of Rehabilitation Facility Short-Term Training, II(2) Vocational Evaluation and Work Adjustment Bulletin (June 1977).
- Conrad M. Allen & Michael D. Shinnick, "Placement Through a Job Trial Approach to Vocational Evaluation," Placement Services and Techniques, J.T. Bowman & W.H. Graves, Eds. (January 1976).
- Michael D. Shinnick, The Effects of Time Interval Between Conclusion of Training and Follow-Up, Auburn University, (1976).
- Michael D. Shinnick, The Stone Masonry and Tile Setting Work Sample, Work Sample Clearing House, Materials Development Center, University of Wisconsin (January 1974).
- Conrad M. Allen & Michael D. Shinnick, Successful Placement Through a Job Trial Approach to Vocational Evaluation, 7(4) Vocational Evaluation and Work Adjustment Bulletin (1973).

## TRAINING/RESOURCE MANUALS

- Charles Garratt & Michael Shinnick, TaskMaster 2000 - Applied Work Standards and Ergonomic Work Methods, Gray Owl Software, (January 2000-2006).
- Charles Garratt, David Cooper, & Michael Shinnick, TaskMaster - The Program for Understanding Work, Artifacts Software, Dynamics Research Group (1990, 1992, 1995).
- Michael D. Shinnick, MODAPTS Resource and Training Manual, Dynamics Research Group (1989, 1991).
- T. Sechrist, R. Spitznagal, & M. Shinnick, Contract Procurement and Cost Estimating, Auburn University, (1983).
- M.D. Shinnick & R. Spitznagal, Methods Analysis and Work Measurement, Auburn University, (1983).
- Michael D. Shinnick, Production Practices for Human Service Programs, Auburn University (July 1981). Revised 1983.
- D.L. Wilson, M.D. Shinnick, & J. Carter, Rehabilitation Facility Administration Practices and Procedures II, Management of the Organization, Auburn University (1979). Revised by D.L. Wilson, R. Spitznagal, & Michael D. Shinnick, 1983.
- J.P. Helm, M.D. Shinnick, & J. Carter, Program Evaluation for Rehabilitation Facilities, Auburn University (1979). Revised by R. Spitznagal, A. Brabham, & Michael D. Shinnick, 1983.
- D.L. Wilson, M.D. Shinnick, & J. Carter, Rehabilitation Facility Administration Practices and Procedures I, Personnel Management, Auburn University (1978). Revised by D.L. Wilson, M.D. Shinnick, & R. Spitznagal, 1983.
- M.D. Shinnick & M.R. Floyd, Communication Effectiveness Skills for Rehabilitation Facility Training Grant (1977). Revised 1980, 1983.
- S.J. Hoffman, M.D. Shinnick, & M. Willoughby, Independent Living Resource Manual, Auburn University (March 1980).
- J. Brolin, T. Smith, & M. Shinnick, Production Practices in Rehabilitation Facilities, Auburn University (1979).
- R.S. McDaniel, J.L. Anderson, & M.D. Shinnick, Vocational Evaluation Resource and Training Manual, Auburn University (1977).
- J.L. Anderson, R.S. McDaniel, & M.D. Shinnick, Adjustment Services Resource and Training Manual Auburn University (1977).

## PRESENTATIONS, CONFERENCES, AND CONTINUING EDUCATION

- Advanced Concepts in Ergonomics, Oxford Research Institute, Pleasanton, CA., January 23 – 25, 2008.
- Presentation, Ergonomic and Work Injury Analysis, Human Technology Corporation, Utica, New York, April 9-12, 2007.
- International MODAPTS Association, Board Meeting, Cocoa Beach, FL., Fall, 2006.
- Ergonomics and Human Factors, Harvard School of Public Health, Presenter and Participant, Boston, MA, October 2004, September 2005.
- Reducing Workplace Injuries, Ergonomics Conference, Presenter and Participant, New York City, NY, Presenter and Participant, March 2005.
- Applied Ergonomics and Work Related Musculoskeletal Disorders, Presenter, Virginia Tech Corporate Research Center, 2003, 2004.
- The Rehabilitation Consultant, Presenter, American Board of Disability Analysis, Washington, D.C., 2003.
- Textiles & Taskmaster, Ergonomics & Work Injury Management, Bassett, VA, 2002.
- Daubert/Kumho and the Expert Witness, 2002.
- AREMA, Chicago, IL., October 2002.
- American Board of Disability Analysis, Miami, FL., 2002.
- The National Ergonomics Conference, Las Vegas, NV., 2002.
- Ergonomics of Office Equipment, Seating, Furnishings and Work Practices, Dallas, TX, January 29-30, 2001, March 4-5, 2002.
- Ergonomic Applications, United Auto Workers Winter Conference, Miami, Fl., February 2001.
- Human Factors and Work Related Musculoskeletal Disorders, IMA Conference, 2001.
- Ergonomics and Forensics, San Francisco, CA., 2001.
- International MODAPTS Associations, Coco Beach, FL., 2000, 2001, 2002, 2004, 2005.
- Ergonomics and Work Measurement, Wabash Magnetics Control Products, Fort Wayne, IN, October 12-14, 2000.
- MODAPTS, The Language of Ergonomics and Work Injury Management, INARF, September 12-13 and October 11-12, 2000, October 10-11 and November 7-8, 2007, Indianapolis, IN.
- Carpal Tunnel Syndrome and Hearing Loss, Epidemiology, Biomechanics, Causation, Prevention and Cost, Virginia Senate Commerce & Labor Subcommittee, October 16, 1996; House of Delegates Commerce & Labor Subcommittee, Richmond, VA., October 21, 1996.
- Management of Work Related Upper Extremity Injuries, An Ergonomic & Rehabilitation Perspective, Calgary, Canada, August 23, 1996.
- Assessment of Work Related Upper Extremity Risk Factors, MODAPTS Symposium, March 23, 1996, Cocoa, FL.
- The Language of understanding Work, MODAPTS Seminar, Reno, NV, March 11-15, 1996.
- MODAPTS & Ergonomics Seminar: St. Augustine, FL, January 96; New Orleans, LA, March 97; St. Louis, MO, October 97; Nashville, TN, June 98; St. Louis, MO, June, 1999.
- Work Injury & Ergonomics, Ford Motor Company (subcontract work through Industrial Engineering Services), Louisville, KY, January-April, 1996, Dearborn, MI, February-August 1997, January-March 1998; Kentucky Truck, May-July 1998; Twin Cities, February-March 1999, June 2000, February-March 2001.
- Special Health & Safety, Projects, Ford Motor Company (subcontract work through Industrial Engineering Services), Dearborn, MI, March 1999.
- An Historical Perspective of Ergonomics, Work Injury Management and MODAPTS, International MODAPTS Association Symposium, Cocoa, Florida, April 16, 1999.
- Ergonomics and Work Injury Management, An Interdisciplinary Mandate for the Millennium, International Symposium, Cocoa, FL, April 13, 2000.

## OTHER EXPERIENCES, COMPETENCIES, AND ACTIVITIES

- Registered Psychometrist, 1977-present.
- Federal Technical Assistance Consultant - R.S.A, 1977-2005.
- Participant, co-leader, and leader of personal growth labs, marathons, and communications conferences, 1970-1992.
- Captain of a 110' private charter yacht, 1987.
- Owner of a 48' sailing vessel, 1985-1987.
- Extensive travel in the Caribbean Basin, Central America, 1982-present.
- Licensed Master by the United States Coast Guard for vessels up to 100 tons. 1984-present.
- Participant in the National Trust for Historic Preservation, 1974-1985.
- Completed the Rehabilitation Facility Administration Certificate Program, 1981.
- Licensed Effectiveness Trainer, 1977.
- Certified Water Safety Instructor and Scuba Diver, 1981-present.
- Conducted restoration of a historic southern antebellum plantation, 1975-1986.
- Contributed to undergraduate and graduate education expenses by employment as: hotel front desk manager, hardware store clerk, service station attendant, car salesman, life guard, recreation director, Fuller Brush salesman, painter, assistant manager of grocery store, census taker, bartender, yacht captain, furniture repairman, and carpenter.

**Dynamics Research Group, Inc.   Dr. Michael D. Shinnick, Director**
_Applied Ergonomics and Work Injury Management_          Phone: 540-951-1950
Research Park, Suites 201 & 203; Assessment Center: Suite 203          FAX: 540-951-0519
670 Sunshine Farm Lane, Blacksburg, VA 24060          Mobile: 540-230-5912

## TRIAL AND DEPOSITION TESTIMONY

Current to: April, 2007

**Trial Testimony:**

Stuart Houck vs. Norfolk Southern Railroad

Circuit Court of Wyoming County, Video Testimony November 1, 2006

Ronald Sheridan vs. CSX Transportation

Court of Common Pleas, Cuyahoga County, OH, March 22, 2006

Andrew H. Blackburn vs. CSX Transportation          Nashville
Circuit Court, Nashville, TN, March 9, 2006

Albert Buford vs. Charles R. Carter          Botetourt
County Circuit Court, VA, February 16, 2006

Larry Shealy vs. CSX Transportation
Court of Common Pleas, Hampton, SC, August 3, 2004

Patrick Conway vs. Delaware & Hudson Railway Company, Inc.                    Court of
Common Pleas, Luzerne County, PA, June 29, 2004


Carolyn S. Foster vs. Ronald Seaton, M.D., et al.
Circuit Court of Summers County, WV, December 11, 2002


Jorge Colon vs. NJ Transit Rail Operations, Inc.
Court of Common Pleas, Philadelphia, PA, February 27, 2002


Robert D. Bailey vs. CSX Transportation
State Court of Gwinnett County, GA, June 13, 2001


Sherry Strader vs. Dorothy Graham
Roanoke City Circuit Court, Roanoke, VA, June 19, 2001


Steven Moran vs. Norfolk & Southern
Roanoke City Circuit Court, Roanoke, VA, August 22, 2001


Dale St. Clair vs. Norfolk & Western Railway Company
Roanoke City Circuit Court, Roanoke, VA, January 23, 2001


Betty T. Anderson vs. John Doe
Roanoke City Circuit Court, Roanoke, VA, December 21, 2000


**Deposition Testimony:**


Pierce Cooper vs. Kansas City Southern Railway Company

United States District Court For The Eastern District of Texas, Marshall Divison, April 28, 2007

Richard Jones vs. CSX Transportation
Florence Court of Common Pleas, South Carolina, February 27, 2007

Donald C. Cooper vs. CSX Transportation
U.S. District Court, Eastern District of Michigan, Southern Division, Detroit, Michigan, February 26, 2007

Daniel L. Moran vs. Tee-Lok Corp. and Mitek Industries, Inc
United States District Court for the Western District of Virginia
February 15, 2007

Gary Ebarb vs. Kansas City Southern Railway Company
60th Judicial District Court of Jefferson County, Texas, December 1, 2006

Larry Briscoe vs. National Railroad Passenger Corporation
Court of Common Pleas, Philadelphia County, October 30, 2006

Lilly et al. vs. CSX Transportation
Grafton County Circuit Court, WV., October 24, 2006

Stuart Houck vs. Norfolk Southern Railroad
Circuit Court of Wyoming County, October 16, 2006

Jimmie Bowers vs. Central of Georgia Railroad Company
United States District Court for the Middle District of Georgia, Macon, August 21, 2006

Annie B. Barbour vs. Piedmont Orthopedics
Circuit Court for the City of Lynchburg, VA, August 22, 2006

James Whitenack vs. Norfolk Southern Railway Company
Circuit Court for Roanoke City, VA, May 11, 2006

Ronald Sheridan vs. CSX Transportation                          Court of
Common Pleas, Cuyahoga, OH, January 18, 2006

Andrew H. Blackburn vs. CSX Transportation                     Circuit
Court for Davidson County, TN, January 5, 2006

John Coe vs. Christopher Muncy, et al.                         Circuit Court
of McDowell County, WV, December 12, 2005

Jose G. Archibeque vs. Burlington Northern & Santa Fe Railway Company United States
District Court for the District of New Mexico, NM, October 4, 2005

Robert E. Carlisle vs. CSX Transportation                      Richmond
Circuit Court, Richmond, VA, August 25, 2005

John J. Barr vs. CSX Transportation                            Circuit Court
of Wayne County, WA, August 3, 2005

Ronald Germann vs. N.K. Parts Industries                       Common Pleas
Court of Shelby County, OH, July 25, 2005

Eusebio Saucedo vs. Union Pacific Railroad Company             Superior
Court of California, County of Los Angles, CA, June 28, 2005

Parrish & Etheridge vs. CSX Transportation, Inc.
General Court of Justice, Edgecombe County, NC, May 10, 2005

William E. Shafer vs. Critter Control, Inc., et al.            Circuit
Court of Kanawha County, WV, May 3, 2005

Michael Gilkerson vs. Norfolk Southern Railway Co.            Circuit
Court of Wyoming County, WV, March 16, 2005

Roy W. Pritt vs. CSX Transportation                                   Circuit
Court of Raleigh County, WV, February 9, 2005

Charlie Sanders vs. Bluestone Coal Corporation, et al.
Circuit Court of Wyoming County, WV, January 12, 2005

Carroll Duval vs. Janice Jenkins                                    Fairfax
County Circuit Court, Fairfax, VA, December 20, 2004

Ronald Underwood vs. Darrell M. Stafford & Penn National Security Company
McDowell County Circuit Court, WV, December 16, 2004

James L. Thrush vs. CSX Transportation                              Circuit Court
of Hampshire County, WV, November 18, 2004

Leslie Beryl Brown vs. LA ROCCO Enterprises, Inc.                   Circuit
Court of Greenbrier County, WV, August 16, 2004

Gunnar Sutherland vs. Appalachian OB/GYN Associates                  Law
Court for Sullivan County, Kingsport, TN, August 12, 2004

Anthony L. Vanness vs. CSX Transportation                           Circuit
Court of the Fourth Judicial Circuit, Duval County, FL, July 26, 2004

John D. Foster vs. Consolidated Rail Corporation                   United
States District Court, Middle District of Pennsylvania, PA, July 13, 2004

Kenneth Mullins vs. Lee Satin Trucking Co., Inc                    Circuit
Court of Mingo County, WV, June 9, 2004

Mathew W. Stewart vs. Eastern States Oil & Gas, Inc.,et al.        Circuit
Court of Kanawha County, WV, June 8, 2004

Zachary S. Whitlow vs. Halifax Regional Health Systems, Inc., et al.   Circuit Court
of Halifax, South Boston, VA, February 24, 2004

David C. Pack vs. CSX Transportation                                    U.S.
District Court, Northern District of Ohio, Eastern Division, OH, February 5, 2004

J. Kent Bartgis vs. CSX Transportation                         Circuit Court
of Marshall County, WV, November 14, 2003

Christopher Mercer vs. CSX Transportation                      McDowell
County Circuit Court, WV, November 11, 2003

Nannette J. Schindler vs. CSX Transportation                   Court of
Common Pleas, Cuyahoga County, OH, October 31, 2003

John Plumbley vs. CSX Transportation, Inc.
United States District Court for the Southern District of West Virginia at Beckley, WV,
September 24, 2003

Carl Chatman vs. BNSF Railroad
Circuit Court of Jefferson County, AL, September 15, 2003

Peter Sartino vs. Norfolk Southern Railway Co.
Circuit Court of Jefferson County, AL, September 15, 2003

John P. Booze vs. CSX Transportation
Circuit Court of Ohio County, WV, September 12, 2003

Albert Duncan Buford vs. Charles Robert Carter, Jr.
Botetourt County Circuit Court, VA, September 11, 2003

Bobby J. McAlpine vs. CSX Transportation
Kanawha County Circuit Court, Charleston, WV, July 23, 2003

Paul W. Jones vs. CSX Transportation
U.S. District Court for the Northern District of Georgia, Rome Division, July 10, 2003

Ronald Price vs. Amtrak
Richmond Circuit Court, Richmond, VA, June 18, 2003

Johnny R. Calvert vs. CSX Transportation
Circuit Court of Davidson County, Nashville, TN, April 10, 2003

J. David Beach v. CSX Transportation, Inc.
Allendale Court of Common Pleas, Allendale, SC, January 21, 2003

Dennis Williby vs. City of Princeton et al.
Circuit Court of McDowell County, WV, December 18, 2002

Scotty D. Hearn vs. Lusk Disposal Company
Circuit Court of McDowell County, WV, December 16, 2002

David Rose vs. Asplundh Company
Circuit Court of McDowell County, WV, November 14, 2002

Miles F. Kott vs. Consolidated Rail Corporation
U.S. District Court for the District of Pennsylvania, PA, October 23, 2002

Dennis L. Rogers v. Burlington Northern Santa Fe Railway Company
48th Judicial District Court, Tarrant County, TX, October 1, 2002

Germaine Andrew vs. Metro-North Commuter Railroad
U.S. Southern District Court of New York, NY, August 19, 2002


Daniel P. Henry vs. Amtrak
Court of Common Pleas, Philadelphia County, PA, July 18, 2002


William Pugh vs. Consolidated Rail Corporation
Court of Common Pleas, Philadelphia County, PA, May 29, 2002


Kenneth Armistead vs. Union Pacific Railroad
Circuit Court of Shelby County, TN, May 8, 2002


Kenneth Terrell vs. Labor Ready Mid Atlantic, Inc.
Circuit Court of Putnam County, Putnam, WV, March 22, 2002


Harry H. Wolfe vs. Consolidated Rail Corporation
Court of Common Pleas, Philadelphia, PA, March 27, 2002


David Goud vs. James Vancuren, et al.
Montgomery County Circuit Court, Christiansburg, VA, March 21, 2002


Julius Finch vs. CSX Transportation
Circuit Court for the City of Baltimore, MD, March 13, 2002


Gary D. McComb vs. Illinois Central RR
United States District Court, Southern District of Illinois, IL, February 26, 2002

Leroy Smith vs. Union Pacific Railroad
36th Dist. San Patricio, TX, February 19, 2002


Edward L. Futrell vs. Norfolk & Western RR
Roanoke City Circuit Court, VA, February 2, 2002


Michael B. Hambrick vs. Ken-Bar Manufacturing Co.
Federal District Court for the Western District of VA, Roanoke, VA, January 31, 2002


Robert C. Worthington vs. CSX Transportation
Circuit Court of Williamson County, WV, January 11, 2002


Joseph M. Comer vs. Norfolk Southern Railway Co.
Circuit Court of McDowell County, WV, December 17, 2001


Partin, Parker, Stewart & Ethridge vs. CSX Transportation
Fulton County State Court, GA, October 3, 2001


Buford V. Hodges vs. Norfolk Southern Railway Company
Roanoke City Circuit Court, VA, September 9, 2001


Blain Lewis vs. CSX Transportation
United States District Court, Big Stone Gap, VA, July 25, 2001


William T. Wright vs. CSX Transportation
State Court of Fulton County, GA, May 29, 2001

09/14/2007 13:12 FAX 856 914 0429        Joyce                                    ☑028

Robert D. Bailey vs. CSX Transportation
State Court of Gwinnett County, GA, May 29, 2001


Sherry Strader vs. Dorothy Graham
Roanoke City Circuit Court, VA, May 16, 2001


Hector Lewis vs. CSX Transportation
Circuit Court of Rocky Mount, NC, March 30, 2001


Barry N. Griffith vs. Norfolk Southern Railway Company
Roanoke City Circuit Court, VA, February 28, 2001


Raymond P. Keeling vs. Norfolk Southern, T.K. Group & Quality Service
Roanoke City Circuit Court, VA, February 15, 2001


Darrell Weikle vs. Southland Corporation
Virginia Workers Compensation Commission, Richmond, VA, January 21, 2001


Darrell Weikle vs. Harris Transport Company
Virginia Workers Compensation Commission, Richmond, VA, January 25, 2001


Howard Tucker vs. Norfolk Southern Railway Corporation
Circuit Court of Mingo County, WV, August 30, 2000


August P. Zajac vs. Union Pacific Railroad
Circuit Court of the City of St. Louis, MO, July 19, 2000

Becky V. Owen vs. Jerry Lamar Bowen et al.
Circuit Court of the City of Roanoke, VA, May 12, 2000


Robert Harris vs. CSX Transportation, Inc.
Court of Common Pleas, County of Cuyahoga, OH, May 1, 2000


Marshall Brooks vs. Union Pacific Railroad
United States District Court for the Eastern District of Texas, TX, May 2, 2000


Avery Runions vs. Norfolk & Western Railway
Circuit Court of the City of Roanoke, VA, February 18, 2000


Rick Christy vs. CSX Transportation, Inc.
Circuit Court of Mingo County, WV, January 17, 2000


Testimony6.doc
Drg-lop\legal.M-word

Fee for case development, research and report writing is based on $165.00 per hour
Fee for deposition testimony is based on $280.00 per hour, with a minimum of three hours
Fee for trial testimony is based on $280.00 per hour, prorated in .25 hour increments
Contact me if you require additional information

DR. MICHAEL D. SHINNICK, Director

*DYNAMICS RESEARCH GROUP, Inc.*

Research Park, Suites 201-203
670 Sunshine Farm Lane
Blacksburg, Virginia 24060
Tel. (540) 951-1950   Fax (540) 951-0519

*STATEMENT OF CONFIDENTIALITY*

The information contained in this email message and any attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify
Dynamics Research Group immediately at (540) 951-1950, and destroy all copies of this correspondence as well as any
attachments.