IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| GEOFFREY CROWTHER | : | Civil Action No. 09-10334-MAP and |
| | : | 09-11467-MAP |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CSX TRANSPORTATION, INC. | : | |
| and | : | |
| CONSOLIDATED RAIL CORP. | : | |
| | : | |
| Defendants | : | |

_____

## PLAINTIFF'S VERDICT FORM

1. Do you find that CSX Transportation, Inc. (CSX) was negligent in failing to provide Geoffrey Crowther with a reasonably safe workplace?

 Yes _____ No _____

2. Do you find that Consolidated Rail Corporation (Conrail) was negligent in failing to provide Geoffrey Crowther with a reasonably safe workplace?

 Yes _____ No _____

[If you have answered "No" to both Question 1 and Question 2, return your verdict; otherwise proceed and answer Question 3 and Question 4 only as to the parties you have found negligent in your answers to Question 1 and Question 2].

3. Do you find that CSX's negligence, in whole or in part, caused and/or contributed to and/or aggravated, worsened and/or exacerbated Geoffrey Crowther's neck and/or bilateral knee and/or left elbow and/or left thumb injuries?

 YES _____ NO _____

4.   Do you find that Conrail's negligence, in whole or in part, caused and/or contributed to and/or aggravated, worsened and/or exacerbated Geoffrey Crowther's neck and/or bilateral knee and/or left elbow and/or left thumb injuries?

        YES _____          NO _____

[If you have answered "No" to both Question 3 and Question 4, return your verdict; otherwise proceed to Question 5].

5.   Do you find that Geoffrey Crowther was negligent?

        YES _____          NO _____

[If you have answered "No" to Question 5, skip to Question 7; otherwise proceed to Question 6].

6.   Do you find that Geoffrey Crowther's negligence, in whole or in part, caused and/or contributed to and/or aggravated, worsened and/or exacerbated Geoffrey Crowther's neck and/or bilateral knee and/or left elbow and/or left thumb injuries?

        YES _____          NO _____

7.   Determine the percentages of Geoffrey Crowther's injuries that were caused and/or contributed to and/or aggravated, worsened and/or exacerbated by the following:

    CSX's negligence:                         _____
    Conrail's negligence:                     _____
    Geoffrey Crowther's negligence:   _____
                                              (Total must equal 100%)

8.   What is the total amount of compensation you award to Geoffrey Crowther for his damages for lost wages and pain and suffering (before any reduction for comparative negligence, if any)?

        $ _____

        Respectfully submitted,


        */s/Thomas J. Joyce, III*
        THOMAS J. JOYCE, III
        Law Office of Thomas J. Joyce, III
        801 Centerton Road
        Mount Laurel, NJ 08054
        (856) 914-0220
        Attorney for Plaintiff


        */s/Michael J. McDevitt*
        MICHAEL J. McDEVITT
        Lawson & Weitzen
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02110
        (617) 439-4990
        Attorney for Plaintiff

DATED: November 22, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER : | Civil Action No. 09-10334-MAP and |
| : | 09-11467-MAP |
| Plaintiff : | |
| v. : | |
| CSX TRANSPORTATION, INC. : | |
| and | |
| CONSOLIDATED RAIL CORP. : | |
| Defendants : | |

CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that on November 22, 2010, I electronically filed Plaintiff's Verdict Form with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the Defendants:

Heather M. Gamache, Esquire
Flynn & Wirkus
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

                                                 */s/Thomas J. Joyce, III*
                                                 Thomas J. Joyce, III