CURRICULUM VITAE

Robert Scott Cowan, M.D.

HOME:  1410 Longmeadow Street
        Longmeadow, MA  01106

BIRTH DATE:            0, Cleveland, Ohio.

SOCIAL SECURITY NUMBER:

LICENSE:  Massachusetts, 73111, July 1990.
          Connecticut, 040212, March 2002

EDUCATION:

COLLEGE:

Brown University; graduated June 1982, A.B. Degree Biology.

University of Maryland; graduated August 1984, M.S. Degree in
Anatomy.  Thesis: Computer program which simulates function
of the extra-ocular musculature.

MEDICAL SCHOOL:

Boston University School of Medicine, Boston, MA, graduated
May, 1988.  Honors:  Histology, Neuroscience, Pathophysiology
Orthopedic Surgery, Rheumatology.

INTERNSHIP:

St. Elizabeth's Hospital, Brighton, MA, General Surgery
July 1988 - June 1989.

RESIDENCY:

Boston University Program in Orthopedic Surgery, Resident from
July 1989 - June 1993 (Including Chief Residency).

FELLOWSHIP:

Spinal Surgery Fellowship, New England Baptist Hospital,
Boston, MA.  August 1993 - July 1994.

1

## ACADEMIC APPOINTMENTS:

Assistant Clinical Professor of Orthopedic Surgery, Boston
University School of Medicine, Boston, MA  1996 to present

Instructional Faculty SpineTech, Inc., Interbody Fusion Cage
System, 1996-presnt.

Clinical Instructor Orthopedic Surgery, Tufts University School
Of Medicine, Boston, MA

## EMPLOYMENT:

East Boston Neighborhood Health Center, Boston, Massachusetts
Staff Orthopedist.  July 1992 - July 1994.

New England Orthopedic Surgeons, 300 Birnie Avenue,
Springfield, MA.  August 1994 to present.

Blackstone Medical, Springfield, MA, Consultant, 1996 to 2000.

Dupuy Spine, Raynam, MA, Consultant, 2005 to present.

## APPOINTMENTS:

Attending Staff:  Baystate Medical Center, Springfield, MA.
                  Mercy Medical Center, Springfield, MA.
                  Shriners Hospital for Children, Springfield, MA

## BOARD CERTIFICATION:

The American Board of Orthopedic Surgery, 1996. Recertified 2005

## PROFESSIONAL ORGANIZATIONS:

American Academy of Orthopedic Surgeons, Fellow
Massachusetts Medical Society
American Medical Association
New England Spine Study Group
North American Spine Society

PRESENTATIONS:

Spinal Care in the Aging Athlete, Sports Medicine Conference, September 2006.

Total Disc Arthroplasty, CEU program at St. Paul's Travelers Insurance, September 2006.

Use of Sextant Implants in Lumbar Spine Surgery, New England Spine Study Group Meeting, January 2003

Cervical Fusion Using BAK-C Cage Implants, New England Spine Study Group Meeting, January 2002

Finite Element Analysis of the Lumbar Spine, New England Spine Study Group Meeting, January 2001
Anterior/Posterior Fusion for Adult Spondylolisthesis, New England Spine Study Group Meeting, February 2000

Surgical Indications and Options for Low Back Pain, Spine Care for Primary Care Providers, Spine Institute of New England, May 1998

Concepts in Spine Care, Case Management Society of New England Annual Meeting, April 1998

Anterior Lumbar Interbody Fusion with Titanium Cages, New England Spine Study Group, August 1997, February 1998, August 1998

Sports Related Injuries of the Spine, Office Based Sports Medicine Conference, Baystate Medical Center, March, 1995.

Scoliosis Update, Pediatric Grand Rounds, Baystate Medical Center, January, 1995.

A Multicenter Evaluation of Fixation and Fusion of the Lumbar Spine with Pedicle Screws, New England Spine Study Group Meeting, January, 1995.

Management of Adult Lumbar Spine Disease, Orthopedic Grand Rounds, University of Massachusetts Medical Center, December, 1994.

Cervical Spine Disease, Orthopedics in Primary Care Conference, Baystate Medical Center, November, 1994.

Pedicle Screw Fixation of the Lumbar Spine, North American Spine Society Meeting, October, 1994.

Pedicle Screw Fixation of the Lumbar Spine, New England Orthopedic Surgeons Meeting, October 1994

Low Back Pain in Adults and Children, Orthopedics in Primary Care Conference. November 18, 1993.

Clinical Efficacy of EBI Bone Stimulators in Lumbar Spine Fusions. Otto AuFranc Meeting, October 9, 1993. New England Spine Fixation Study Group, January 17, 1994.

Decompensation Following Cotrel Dubousset Instrumentation of Idiopathic Scoliosis. The Leon Kruger Visiting Professorship, Springfield Shriners Hospital. May 5, 1992.

Metastatic Disease to Bone. Grand Rounds, Baystate Medical Center, December 13, 1991.

## PUBLICATIONS:

Cowan RS and J Sklar. Decompensation following Cotrel Dubousset Instrumentation of Idiopathic Scoliosis. Orthopedic Transactions. 1993.

Yablon IG and RS Cowan. Migration of a Harrington Rod Following Cervical Fusion. Spine 18,3:356, 1993.

Yablon IG et al The Ascending Cord Syndrome--The Effect of Decompression. American Spinal Injury Association Meeting. March, 1987.

Rennke H and RS Cowan. The Role of Dietary Protein in the Development of Glomerular Structural Alterations in Long Term Experimental Diabetes Mellitus, Kidney International, 29:289, 1986.

Yablon IG et.al. Anterior Decompression and Rigid Internal Fixation of Cervical Spine Injuries. Paraplegia, 24:49, 1986.

Healy W, Danziger M, Wexler M, and Cowan RS.  Comparison of the Direct Lateral to the Posterior Approach to the Total Hip Arthroplasty.  Submitted.

Cowan RS and LM Kruger, Orthopedic Management of Klippel-Trenauney Syndrome.  Prepared for submission.

## COURSES

North American Spine Society Annual Meeting, New Orleans LA, 11/1/00 to 11/4/00

New England Spine Study Group Summer Meeting, Brattleboro VT, 8/1/01

North American Spine Society Annual Meeting, Seattle WA 10/31/01 to 11/2/01

New England Spine Study Group Winter Meeting, Framingham MA 1/25/02

Minimally Invasive Lumbar Spine Surgery, New England Baptist Hospital, Boston MA   9/13/02 to 9/19/02

North American Spine Society Annual Meeting, Montreal Canada 10/28/02 to 11/1/02

New England Spine Study Group Winter Meeting, Framingham MA 1/25/03

Clinical Challenge – Interbody Fusion Symposium, Cape Cod, Massachusetts, 9/5/03 to 9/6/03

New England Spine Study Group Summer Meeting, Brewster MA, 10/10/03

American Academy of Orthopedic Surgeons Annual Meeting, San Francisco, CA 2004

North American Spine Society Annual Meeting, Chicago IL, 2004

American Academy of Orthopedic Surgeons Annual Meeting, Washington DC, 2005

American Board of Orthopedic Surgeons Recertification Exam 4/1/05

North American Spine Society Annual Meeting, Philadelphia PA, 2005

New England Spine Study Group Winter Meeting, Southbridge MA, 2006

North American Spine Society Annual Meeting, Austin TX 2007