Andrew P. Lehman, MD
400 East 71st st., Apt. 6H, New York, NY 10021
(917) 583-7023
lehmana@hss.edu

## WORK HISTORY

New England Orthopedic Surgeons, Inc.                           8/1/04------
300 Birnie Avenue, Ste. 201
Springfield, MA

## EDUCATION

Hospital for Special Surgery, New York, NY                      8/1/03-7/31/04
Department of Orthopaedic Surgery
Fellowship in Adult Reconstructive Surgery of the Hip and Knee

University of Illinois at Chicago, Chicago, IL                  7/1/99-6/30/03
Department of Orthopaedic Surgery
Residency in Orthopaedic Surgery

University of Illinois at Chicago, Chicago, IL                  6/24/98-6/30/99
Department of Surgery
Internship in General Surgery

Jefferson Medical College, Philadelphia, PA                     8/94-5/98
Doctor of Medicine, *cum laude*

The Pennsylvania State University, University Park, PA          6/92-5/94
Accelerated Premedical-Medical Honors Program
Bachelor of Science, *cum laude*

## LICENSURE

Licensed Physician and Surgeon, State of Massachusetts # 220477
Licensed Physician and Surgeon, State of New York # 227483-1
Licensed Physician and Surgeon, State of Illinois #036-105367
*Passed, Part I examination of the American Board of Orthopaedic Surgery*

## CURRENT RESEARCH AND PUBLICATIONS

Lehman AP Bostorm M Nestor B Su E Wright T Sculco T  The influence of tantalum acetabular components on initial cup stability and wear after total hip arthroplasty-a radiosterometric analysis (In progress)

Lehman AP Bostorm M Nestor B Su E Wright T  Component migration after total hip arthroplasty with ceramic bearing surfaces a readiosterometric analysis (In progress)

Windsor R Lehman AP Bartel D Walther W  Finite element analysis of intramedullary stems in total knee arthroplasty (In progress)

Bostrom M Lehman AP Nestor B Buly R  Acetabular revisions with Contor anit-protrusio cages (In progress)

Andrew P. Lehman, M.D.

## ACTIVITIES AND AFFILIATIONS

| | |
|---|---|
| *Awarded, Robert D. Ray Award for Orthopaedic Research* | 2003 |
| Resident Member, American Academy of Orthopaedic Surgeons | 1999-Present |
| Elected, Administrative Chief Resident by peers | 2002-2003 |
| Member, UIC Residency Interview Committee | 2000-2003 |
| Resident Team Physician, UIC athletic teams | 1999-2003 |
| Instructor, Orthopaedic physical examination for 2nd year medical students | 1999-2003 |
| Lecturer, Clinical orthopaedic surgery for 4th year medical students | 2001 |
| Member, Association of Pathology Chairs Honor Society | 1996-Present |
| Member, Hobart Amory Hare Honor Medical Society | 1996-Present |
| • Secretary and Treasurer | 1996-1997 |
| • *Outstanding Service and Leadership Award* | 1997 |
| Member, American Medical Association | 1994-Present |

## ADDITIONAL TRAINING

| | |
|---|---|
| *Holiday Total Knee Course*<br>Richard S. Laskin, M.D.<br>Hospital for Special Surgery<br>New York, NY | 2003 |
| *Knee and Hip Arthroplasty Course*<br>Charles A. Engh, Sr., M.D.<br>Anderson Orthopaedic Institute<br>Alexandria, VA | 2003 |
| *Miller's Colorado Orthopaedic Review Course*<br>Mark Miller, M.D.<br>Denver, CO | 2003 |
| *Orthopaedic Review Course*<br>AAOS Annual Meeting<br>New Orleans, LA | 2003 |
| *Musculoskeletal Pathology Course*<br>Michael Simon, M.D.<br>University of Chicago<br>Chicago, IL | 2002 |
| *Current Techniques in Knee Arthroplasty: Unicondylar, Primary, and Revision*<br>AAOS Orthopaedic Learning Center<br>Rosemont, IL | 2002 |
| *"Masters Experience" Comprehensive Arthroscopy of the Knee*<br>Arthroscopy Association of North America<br>AAOS Orthopaedic Learning Center<br>Rosemont, IL | 2002 |
| *Arbeitsgemeinschaft für Osteosynthesfragen (AO) Basic Course*<br>Chicago, IL | 2000 |

Andrew P. Lehman, M.D.

Nestor B, Lehman AP, Bostrom M. CT analysis of acetabular bone stock in revisions requiring an anti-protrusio cage. (In progress)

Lehman AP, Hilton K, Patek R, Goldstein WM. Knee manipulation predicts a lower range of motion at one year following total knee arthroplasty. (Submitted for publication, 2004)

Lehman AP, Aram L, Romero F, Amirouche F, Gonzalez MH. Porous-coated hemispherical acetabular component micromotion after total hip arthroplasty: an *in vitro* investigation. (Submitted for publication, 2004)
- Podium presentation (#1076) at the World Congress of Biomechanics in Calgary, Alberta, August 2002
- Presented at OREF Midwest Resident Research Symposium, May 2003

Vaccaro AR, Lehman AP, Ahlgren BD, Garfin SR. Anterior C1-C2 screw fixation and bony fusion through an anterior retropharyngeal approach. *Orthopedics.* 1999; 22:1165-70.

## PRESENTATIONS

OREF Midwest Resident Research Symposium
Loyola University Medical Center                                      2003
Initial porous-coated acetabular component stability after total hip arthroplasty.

University of Illinois at Chicago
Department of Orthopaedics                                            2002
Annual Clinical Research Conference
One year follow-up of knee manipulations following total knee arthroplasty.
- *Award for best research paper and presentation*

University of Illinois at Chicago
Department of Orthopaedics                                            2001
Annual Clinical Research Conference
Harvest site morbidity secondary to ACL reconstruction with autogenous patellar tendon graft: the UIC experience and a review of the literature.
- *Award for best research paper and presentation*

University of Illinois at Chicago
Department of Orthopaedics                                            2000
Annual Clinical Research Conference
Intraoperative correction of adolescent idiopathic scoliosis via selective anterior thoracic instrumentation and fusion.
- *Award for best research paper and presentation*
- Poster presented at Scoliosis Research Society (SRS) meeting, Cleveland, OH    2001
- Poster (PE315) presented at AAOS meeting, San Francisco, CA                   2001
- Presented by senior author at SRS meeting, Cairn, Australia                    2000