# CURRICULUM VITAE
## Martin J. Luber, M.D.

**OFFICE:** New England Orthopedic Surgeons, Inc.
300 Birnie Avenue
Springfield, Ma 01107
Start Date: August 13, 2001 to Present

Practice Limited to: Sports Medicine, shoulder, knee, and elbow surgery

**HOME:** 117 Caravelle Drive
Longmeadow, MA 01106

**BIRTHDATE:**

**PLACE OF BIRTH:** Angola, NY

**FAMILY:**
Wife: Alicia Merritt Johnston, M.D.
Pediatric Board Certified
Pediatric Infectious Disease

Children: Hunter McLain Luber
Parker Johnston Luber   , 2000
Emily Merritt Luber   , 2000

**EDUCATION:**

| | | |
|---|---|---|
| High School: | Lake Shore High School<br>Angola, NY | 1982-1986 |
| College: | Loyola University of Chicago<br>Chicago, Illinois | 1986-1990 |
| Medical School: | Upstate Medical University<br>Syracuse, NY | 1990-1994 |

**POST-GRADUATE TRAINING:**

| | | |
|---|---|---|
| Internship | Duke University Medical Center<br>Durham, North Carolina | June 1994-June 1995 |
| Junior Resident | Duke University Medical Center<br>Durham, North Carolina | June 1995-June 1996 |
| Residency | Duke University Medical Center<br>Durham, North Carolina | June 1996-June 2000 |

| | | |
|---|---|---|
| Fellowship | Duke University Medical Center<br>Sports Medicine and Shoulder<br>Durham, North Carolina | Aug. 2000-Aug. 2001 |

## ADDITIONAL EXPERIENCE:

| | | |
|---|---|---|
| Attending Surgeon:<br>Trauma Call: | Duke University Medical Center<br>Durham, North Carolina | Aug. 2000-Aug. 2001 |

## STATE LICENSE:

| | | |
|---|---|---|
| American Academy of Orthopedic Surgeons<br>Board Certification | | July 9, 2003 |
| Massachusettes | #209978 | July 2001 |
| North Carolina | #98-00617 | May 15, 1998 |

## EXTRACURRICULAR ACTIVITIES AND HONORS:

| | |
|---|---|
| Magna Cum Laude, Loyola University | June 1990 |
| Full Athletic Scholarship, Swimming Waterpolo | 1986-1990 |
| Academic All Conference Swimming | 1987-1990 |
| Academic All American Waterpolo | 1989-1990 |
| Captain Swimming and Waterpolo | 1989-1990 |

## NATIONAL PRESENTATIONS:

1997 North Carolina Orthopaedic Society
"Efficacy of Lumbar Plexus Block for TKA"
Martin J. Luber MD and James A. Nunley MD

## PUBLICATIONS:

1998 November- Foot and Ankle International
   How to Reduce the Cost of Hindfoot Fusions"
   Martin J. Luber MD and James A. Nunley MD

2001 January- Journal of Arthoplasty
   "Efficacy of Lumbar Plexus Block for TKA"
   Martin J. Luber MD and Thomas Parker Vail MD

## BOOK CHAPTERS:

"Arthoroscopic Environment for Knee Surgery"
The Adult Knee- Lippincott William and Wilkins
Editors-Callaghan et. All Copyright 2003
Martin Luber MD and Laurence Higgins MD