300 BIRNIE AVENUE • SUITE 201 SPRINGFIELD, MA 01107
PHONE 413-785-4666 • FAX 413-788-5772

## CURRICULUM VITAE

# STEVEN MARC WENNER

### FAMILY

Married to Nadine Mont Porcelan, June 25, 1972
Children: Jeremy David, born 1975
Andrea Gail, born 1978

### EDUCATION

- Bronx High School of Science    September 1963 to June 1966
- Yale College                    September 1966 to June 1970
- New York Medical College        September 1970 to June 1972
- Jefferson Medical College       September 1972 to June 1974

### TRAINING

Thomas Jefferson University Hospital

Philadelphia, Pennsylvania

July 1974 to June 1975

Surgical Intern

## TRAINING

Thomas Jefferson University Hospital
Philadelphia, Pennsylvania
July 1975 to June 1976
Surgical Resident

Columbia-Presbyterian Medical Center
The New York Orthopaedic Hospital
New York, New York
July 1976 to June 1978
Assistant Resident, Orthopaedic Surgery

Columbia-Presbyterian Medical Center
The New York Orthopaedic Hospital
New York, New York
July 1978 to June 1979
Resident and Junior Annie C. Kane Fellow,
Orthopaedic Surgery

Columbia-Presbyterian Medical Center
The New York Orthopaedic Hospital
New York, New York
July 1979 to June 1980
Resident and Senior Annie C. Kane Fellow,
Orthopaedic Hand Surgery

## HOSPITAL STAFF APPOINTMENTS

Baystate Medical Center
Springfield, Massachusetts
Active Staff
Chief, Division of Orthopedic Surgery, Department of Surgery
Chief, Section of Hand Surgery

Shriner's Hospital
Springfield, Massachusetts
Active Staff
Chief, Section of Hand Surgery

Mercy Hospital
Springfield, Massachusetts
Courtesy Staff
Orthopedic Surgery

STEVEN MARC WENNER                                    2

## ACADEMIC APPOINTMENTS

Clinical Assistant Professor, School of Medicine, Surgery, Orthopedics
Boston University
Boston, Massachusetts

Clinical Instructor in Orthopedic Surgery
Tufts University School of Medicine
Boston, Massachusetts

## BOARD CERTIFICATIONS

American Board of Orthopaedic Surgery
Added Qualifications in Surgery of the Hand
Recertification, January 1, 2003

American Board of Orthopaedic Surgery
Added Qualifications in Surgery of the Hand
August 30, 1993

American Board of Orthopaedic Surgery
Orthopaedic Surgery, September 11, 1981

## PUBLICATIONS

"Tissue Healing"
Steven M. Wenner, M.D. and Ellen Smithline, R.N., Splinting the Hand and Upper Extremity: Principles and Process, 2003

"Surgical Treatment of the Duplicated Thumb"
Glen D. Seidman, M.D. and Steven M. Wenner, M.D., Journal of Pediatric Orthopedics 1993

"Radial Head Dislocations in Children with Below-Elbow Deficiencies"
Gregory J. Menio, M.D. and Steven M. Wenner, M.D., The Journal of Hand Surgery Vol.17 No.5, pp.891-895, September 1992

"Soft tissue Sarcoidosis of the Hand: A Case report"
D.C. Gottlieb, M.D. and S.M. Wenner, M.D. The Journal of Hand Surgery (British Volume, 1992)

"Ulnar Deficiency, The Journal of Hand Surgery, pp. 822-829, November, 1986

STEVEN MARC WENNER                3

Angulation Occurring During Distraction Lengthening of Digits, <u>Orthopedic Review</u>, pp. 110-112, March 1986.

Anterior Dislocation of the Shoulder in Patients over Fifty Years of Age, <u>Orthopedics</u>, pp. 1155-1157, September 1985

Primary Lymphosarcoma of the Breast, <u>Pennsylvania Medicine</u>, Vol. 82, nr.5, p.39, 1979

Vitamin D Metabolism and Vitamin D Resistant Rickets, <u>Orthopedic Review</u>, Vol.6, nr.8, August 1977

Dislocations of the Acromioclavicular Joint: a Review of the Literature and a Pathological Series of the Thirteen Joint Dissections, <u>Orthopedic Review</u>, Vol.31, nr 7, July 1974

## PRESENTATIONS

"Prosthetic Management of Children with Congenital Upper Limb Deficiency"
American Society for Surgery of the Hand          47th Annual Meeting
Phoenix, Arizona          November 11, 1992

"Radial Head Dislocations in Children with Below-Elbow Deficiencies"
American Academy of Orthopedic Surgeons          58th Annual Meeting
Anaheim, California          March 11, 1981

## ACADEMIC APPOINTMENTS

Assistant Clinical Professor Orthopedic Surgery
Boston University School of Medicine
Boston, Massachusetts

Assistant Clinical Professor Orthopedic Surgery
Tufts University School of Medicine
Boston, Massachusetts

## ORGANIZATIONS

Trustee, Baystate Health Inc.
November 2002- Present

Director, Health New England
May 1998-Present

STEVEN MARC WENNER          4